PITTSBURGH MFG. CO. v. LUDLOW VALVE MFG. CO.

(Circuit Court of Appeals, Third Circuit. January 4, 1910.)

No. 83 (1,252.)

APPEAL AND ERROR (§ 1207*)—PROCEEDINGS AFTER REVERSAL AND REMAND—
CONFORMITY OF DECREE TO MANDATE.

A decree of a Circuit Court, entered after a reversal and remand by the Circuit Court of Appeals, affirmed, as in strict conformity to the opinion and mandate of the appellate court.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. § 4696; Dec. Dig. § 1207.]

Appeal from the Circuit Court of the United States for the Western District of Pennsylvania.

Suit in equity by the Ludlow Valve Manufacturing Company against the Pittsburgh Manufacturing Company. Decree for complainant, and defendant appeals. Affirmed.

See, also, 166 Fed. 26, 92 C. C. A. 60.

Robert D. Totten and James I. Kay, for appellant.

Louis Marshall, for appellee.

Before GRAY and LANNING, Circuit Judges, and J. B. McPHER-SON, District Judge.

PER CURIAM. This appeal is taken from the decree finally entered in this case March 28, 1908, after the reversal by this court of the decision of the court below. We think the decree appealed from is in strict conformity with the opinion and mandate of this court (166 Fed. 26, 92 C. C. A. 60) heretofore rendered and issued. Indeed, the decree, as rendered, grants to the complainant a minimum of the protection to which this court considered it entitled, and the decree below is therefore affirmed.